United States District Court
Northern District of California

MARIA MUNOZ,

        Plaintiff,

   v.

LAKESIDE RECEIVABLES, LLC, et al.,

        Defendants.

Case No.: CV 13-4108-KAW

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

Plaintiff Maria Munoz, who is represented by counsel, commenced this action on September 4, 2013. Summons were also issued on September 4, 2013. The deadline for serving the summons and complaint was January 2, 2014. *See* Fed. R. Civ. P. 4(m). As of the date of this order, Plaintiff has not filed proof of service of the summons and complaint. Nor has Plaintiff moved for an extension of that deadline.

The court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff shall file a written response to this order to show cause within 14 days.

The initial case management conference currently set for February 11, 2014 is hereby continued to April 22, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 23, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge